# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason D Gregory, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | NO. CV-24-01101-TUC-JAS (P)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 28, 2024, Plaintiffs to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 28, 2024

　　　　　　　　　　　　　　　　　　s/ A. Calderón
　　　　　　　　　　　　　　By　　Deputy Clerk